# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 8:10CR421 |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER |
| v. | ) | |
| | ) | |
| JERRY W. JONES, | ) | |
| | ) | |
| Defendant. | ) | |

UPON THE MOTION OF THE DEFENDANT, (#25) and no objection from the government,

IT IS ORDERED:

1. The Motion for Continuance (#25) is granted.

2. The Change of Plea hearing is continued to **April 12, 2010 at 3:00 p.m.** before Magistrate Judge F.A. Gossett, Courtroom No. 6, Second Floor, Roman L. Hruska U.S. Courthouse, 111 So. 18th Plaza, Omaha, Nebraska.

3. For this defendant, the time between **March 22, 2010** and the **hearing** on the anticipated plea of guilty **is excluded** for purposes of computing the limits under the Speedy Trial Act.  **See** 18 U.S.C. § 3161(h)(1)(I)&(h)(8)(A)(B).

4. No further continuances will be granted, absent unusual circumstances.

5. Since this is a criminal case, the defendant must be present, unless excused by the Court.

DATED this 22st day of March, 2010.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge